IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMANUEL ADEYINKA,<br>  Plaintiff,<br><br>v.<br><br>PHILADELPHIA, PA, *et al.*,<br>  Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 18-CV-3253<br>:<br>:<br>: |

**FILED**
NOV 13 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 9th day of November, 2018, upon consideration of *pro se* Plaintiff Emmanuel Adeyinka's Complaint (ECF No. 2), second Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 5), and Motion for Appointment of Counsel (ECF No. 6), it is **ORDERED** that:

1. The Complaint is **DISMISSED with prejudice** for failure to state a claim for relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Adeyinka may not file an amended complaint in this matter.

2. Adeyinka's second Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 5) is **DENIED** as unnecessary.

3. Adeyinka's Motion for Appointment of Counsel (ECF No. 6) is **DENIED**. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993) (in determining whether appointment of counsel is appropriate, the Court should first determine whether plaintiff's lawsuit has a legal basis).

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**PETRESE B. TUCKER, J.**